UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SA MUSIC, LLC and WILLIAM KOLBERT,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., AMAZON.COM INC., AMAZON.COM SERVICES LLC, GOOGLE LLC, and CLEOPATRA RECORDS, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 20-cv-09633-LAK<br><br>**STIPULATION FOR STAY AND [~~PROPOSED~~] ORDER** |

　　　　WHEREAS on April 30, 2020, SA Music, LLC and William Kolbert (together "Plaintiffs") filed the above-captioned lawsuit (the "Action") against Defendants Apple Inc., Amazon.com Inc., Amazon.com Services LLC, Google LLC, and Cleopatra Records, Inc., in the United States District Court for the Central District of California;

　　　　WHEREAS on November 17, 2020, the Action was transferred to this Court;

　　　　WHEREAS, Plaintiffs have reached a resolution in principle with a non-party that will resolve Plaintiffs' claims in this Action, in its entirety, as to all parties;

　　　　WHEREAS Plaintiffs require 30 days to document their written settlement agreement;

　　　　NOW THEREFORE the parties stipulate to the following:

　　　　1.　　This action shall be stayed for a period of 30 days to allow Plaintiffs to draft and execute a settlement agreement; and

　　　　2.　　In the event that this Action is not dismissed within 30 days, the parties shall advise the Court of the status of their efforts to resolve this Action within 30 days.

　　　　IT IS SO STIPULATED.

1

| | |
|---|---|
| DATED: January 15, 2021 | SCHWARTZ, PONTERIO & LEVENSON, PLLC |

        By: /s/ Matthew F. Schwartz
           MATTHEW F. SCHWARTZ
           *mschwartz@splaw.us*
           Schwartz & Ponterio, PLLC
           134 West 29th Street, Ste. 1006
           New York, NY 10001-5304
           Phone: (212) 714-1200
           Fax: (212) 714-1264
           Attorneys for Plaintiffs

DATED: January 15, 2021      GIBSON DUNN & CRUTCHER, LLP

        By: /s/ Gabrielle Levin
           GABRIELLE LEVIN
           *glevin@gibsondunn.com*
           Gibson Dunn and Crutcher LLP
           200 Park Avenue
           New York, NY 10166-0193
           Phone: (212) 351-4000
           Fax: (212) 351-4035
           Attorneys for Apple Inc.

DATED: January 15, 2021      KING & SPALDING LLP

        By: /s/ Kenneth L. Steinthal
           KENNETH L. STEINTHAL
           *ksteinthal@kslaw.com*
           KING & SPALDING LLP
           50 California Street, Suite 3300
           San Francisco, CA 94111
           Phone: (415) 318-1200
           Fax: (415) 318-1300
           Attorneys for Amazon.com Inc. and Amazon.com
           Services LLC

DATED: January 15, 2021      MAYER BROWN

        By: /s/ A. John P. Mancini
           A. JOHN P. MANCINI
           *jmancini@mayerbrown.com*
           MAYER BROWN LLP
           1221 Avenue of the Americas, 14th Floor
           New York, NY 10020
           Phone: (212) 506-2500
           Fax: (212) 262-1910
           Attorneys for Google LLC

DATED: January 15, 2021     DAVIS WRIGHT TREMAINE LLP

By: /s/ Peter Anderson
PETER ANDERSON
*peteranderson@dwt.com*
Davis Wright Tremaine LLP
865 S. Figueroa St.,
Suite 2400
90017
Los Angeles, CA 90017-2566
Phone: (310) 260-6030
Fax: (213) 633-6899
Attorneys for Cleopatra Records, Inc.

### [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, it is so ordered. Re Jan. 19, 2021 Conference is adjourned sine die.

DATED: 1/18 , 2021

THE HONORABLE LEWIS A. KAPLAN

3

## **REPRESENTATION OF CONSENT OF OTHER PARTIES**

As required under Rule 8.5(b) of the Southern District of New York's Electronic Case Filing Rules & Instructions, I represent that all parties consented to the filing of this stipulation for stay and proposed order.

                                                By:/s/ Kenneth L. Steinthal
                                                      *ksteinthal@kslaw.com*
                                                      KING & SPALDING LLP
                                                     50 California Street, Suite 3300
                                                     San Francisco, CA 94111
                                                     Phone: (415) 318-1200
                                                     Fax: (415) 318-1300
                                                     Attorneys for Amazon.com Inc. and Amazon.com Services LLC